Case number 19-3469 Audio Technica US Inc v. USA Argument not to exceed 15 minutes per side Ms. Del Sol you may proceed for the appellant Ellen Del Sol for the United States and I'd like to save five minutes of my time for rebuttal, please This case presents two issues one involving judicial assemble and the other regarding whether the court's judgment in awarding costs was a ruling under Section 7430 of the Internal Revenue Code. I'd like to start with a judicial assemble issue Here the court held that the government was judicially Stopped from arguing about the the fixed base percentage and was locked into a 0.92 fixed base percentage that the court held Applied for from settlements in prior years that have been litigated in tax court And just to explain what that fixed base percentage is briefly this case involving this credit under section 41 in the Internal Revenue Code Requires the taxpayer to show to get the credit that there's been an increase in Research expenses from certain base years in the 1980s to the tax years at issue in this case And the fixed base percentage is part of the calculation of that base amount that requires showing about Regarding research expenses in the 1980s and here the court erred in judicial assemble because there was no Finding in the prior tax court cases no stipulation that address the fixed base percentage for judicial assemble to apply the party has to take a position on the issue that judicial stop applied to and there has to be acceptance by the court in that of that position and is this court Recognized in the Teledyne and Edwards-Vietna cases that we cite in our brief Digital sample usually doesn't apply in settlement of an ordinary Civil case because the issues underlying the final determination or the dollar amount compromise are a matter of compromise that aren't Presented to the court and that's exactly what this situation is. Okay, counsel Let me let me interrupt you for just a second and ask the question Wasn't the 0.92% The percentage stipulated to by the government in the prior settlement and if that's the case And you say we shouldn't rely on that what alternative fixed base percentage would the There is no stipulation in the prior case that there are two Stipulations of settled issues in the the first case the one for the years March 31st 2002 through 2005 the parties just stipulated to the amount of the deficiency and the underlying Compromises they reached to reach that number were never presented to the court Nor were they part of any stipulation that was filed to the court and the same is true for the tax year Ended March 31st 2011 similarly the stipulation just stipulated to the amount of the credit from which The court could then readily compute the deficiency and none of the underlying figures and computing that credit Were part of any stipulation of before the court or any findings of fact or representation to the court? So the parties compromised and whatever what what might have gone on back and forth between the parties In reaching that decision was not part of any stipulation before the court and that the the docket sheets in both tax court cases are Very brief and there are no other stipulations The both docket sheets are available on the tax courts website And so so to say that the government Stipulated to that is simply wrong. If you look at the tax court record and you can see so Another question. Yes, but there's like to the other question This credit like induction or credit as the Supreme Court's recognized in cases like what going back to Welch v Halbering is something that has to be Proven by the taxpayer the taxpayer has the burden of proof and it involves what was the tax? What were the taxpayers research expenditures and what were its total? Total gross receipts over the years back in the 1980s and the government can't make that Can't necessarily make that showing that the reason that that burden is on the taxpayer is because this is the taxpayers information that the taxpayer has to come forward with you know, what you knew going into the trial with the what the What their position was with respect to that percentage didn't you? I don't know at what point during the trial Our trial counsel knew that your honor I know that they did they did follow an emotion in a prior to trials That's what you I mean in the process of the trial court proceedings I don't know what court at point what point on our trial counsel knew that but they did follow motion in limine prior to the trial itself At which point they took the position that the government should be bound to a point nine to fix based percentage Answer is yes, then they knew The answer is yes, I'm sorry that and when did you ever indicate that that was? too low Well, I trial proceedings and I'm getting at the question I understand you're in limine argument that you laid out to in your brief and to judge down but it seems like what the what the Court was trying to do here was to take certain issues off the table as to which there was no dispute Well, I think the problem was that there was a dispute and imposing I'm wondering where it's manifested in the record that there was a dispute. That's all my question is Way to find I see one side says 0.92 And the other side doesn't There was an opposition to the motion in limine filed your honor It said that that it's that there was no prior stipulation on this issue And that this is a matter on which the taxpayer has a burden of proof We didn't come forward with an alternate You could dispute something and have someone else have the burden of proof and still have a position you can say they said 92 But they haven't proven that it wasn't 76 I'm not sure that the government actually had the data to come up with what the core number is because it is a matter I mean, this is just for example, your honor just to take a simpler example If you are claiming that you're entitled to a business deduction of a thousand dollars and you come in and say I'm entitled to this But I have no receipts government tell me what the right number is and The government's going to say zero because you have no receipts So this is this is their their situation is that they had to come forward with the evidence to show what the proper fixed-base Percentage is and the problem is that the the court not only That it issued a very broad ruling on the motion in limine that said the government couldn't raise the issue at all at trial The failure of proof on that issue or anything Could not even cross-examine witnesses on that that issue and given the breadth of the court's order It was very clear that this was a situation like that described in federal evidence 103 D and cases like Bronner and Finnell that we'd cite in our briefs where the court has ruled definitively on an evidentiary question and The notion that we should have come to trial with a different number Just is not something that we should have been Required to do or renew and our injection at trial shouldn't have been required Because the court had ruled so definitively that we could not even raise the issue Nice nice for us to know what the stakes are here Well in terms of this particular case the interview if you're if you're asking what the amount of money at issue it here is The only year that's affected by the fixed-base percentage is 2008 because the government prevailed Anyway on the years ended March 31st 2006 and 2007 And the year ended March 31st 2009 I thought the only issue was what happened back in the 80s There's four years and what was the percentage back then? That's the issue, right? Well, that's the percentage for 2008 for 2009 There were the the regulations and law had changed so that the taxpayer could use an alternative Simplified method that didn't require using the specific space percentage. So it is only a port It's only I think I think it's only you know, it's under $20,000 at stake here But what is it safe for the government here is the larger issue of being able to stipulate it and resolve some years by settlement In the tax court without being balanced. It's penny Annie, but you want to establish the principle and then it was a very important principle your honor because if Settling one year means that we can't live a for other years That creates a very troubling situation in terms of compromising tax cases And I would just add that in the tax court in particular as real tax court rule anyone makes clear. There's a particular The court particularly is designed to to be a place where parties are encouraged to stipulate and tax court rule 91 Specifically says that the stipulate to the extent stipulations are made in the tax board They won't bind for other years and here the the court the district court applied judicial estoppel with respect to You could be in the process of winning this case and then stipulating to 0.92 and you've got your legal principle and And end up agreeing to the 92 after all You mean well, I think the important issue. I don't know that the government would agree to the 0.92 I mean, I think it's the taxpayers burden to come forward with this and it may be that they don't have the records from The 1980s and that they can't prove that point at trial in which case the government would completely prevail with respect to the 2008 tax We don't know what evidence they have because they haven't come forward with it I Guess my that my thinking on that issue is a little bit colored by your raising of the other issue, which I found surprising I Mean, there's no there's never been any contention that they would be asking for attorneys fees Well your honor, I think The taxpayer let me ask is a preliminary question did the Solicitor General approve this appeal issue by issue or just generally by by issue Solicitor General approved appealing on this thing on the on the on what the judge meant when it ordered 1920 costs but not 7430 costs. Well, the problem is the judgment didn't specify one way or the other and Just written to the other side and say we know that you're not allowed you we know that you're you're not entitled to the other Would you be willing to agree that you're not entitled to the other? I mean, they're flat-out not entitled to it, right because that is that is correct your honor and I to my knowledge Me that's that's sort of if it's not game playing It's at least wasteful to turn that into an appellate issue that could have been solved by a simple Interchange between counsel or did you ask and they said no, we're preserving all of our options I Was not involved in the all the back-and-forth with the trial counsel because I wasn't involved in the trial proceedings But to my knowledge there was there were there was no representation in that regard and we filed You can settle things at the appellate level to at the Justice Department, right? That is true. Your honor There's no way they can get this To do is say are you really asking for this and they say no and now we have the briefs or don't need to be Well, the problem your honor is that that litigation costs is grouped in under 7430 to include both costs and and attorneys fees and there's there's the same standard for both of them and this wording of this this judgment is Reflecting the language of 7430 that's not reflected in 28 USC 1920 And we we filed a an opposition to the proposed judgment in which we pointed out this problem To the district court and the judgment was entered in exactly the same I'm just saying I don't say I still fail to understand why this couldn't have been solved by the exchange of two one paragraph letters You can say well, we don't have to do that. We can just assume the worst of them and then we have this nice issue Well the difficulty even it isn't even a precedential issue We're getting about one sentence in one just in one district court's order. Well, the concern is that the attorney's fee Requests can be filed after the time for appeal has expired But they're flat-out not entitled to it and they agree If this were a ruling on costs under 7430 They could argue that we were too late to raise that issue if you wrote him a letter and said will you waive it? I mean, I just don't see it I guess we've run way over on time here. I guess say that again. Judge Clay. I Was just saying we've run way over on time. Oh, I'm sorry I would simply say that I think Their ability and some later proceeding to claim that they were bound by a letter It's not nearly as strong as their ability to claim that we were bound by a judgment And that that was our concern All right, thank you very much Here from your opposing counsel Thank you I'd like to start by putting this case in context a little bit audio technica is an electronics company They designed and developed high-end microphones. They make those big boom mics for things in the sideline of the NFL They make gooseneck mics for Congress. They make professional microphones that You know professional singers use in studios and they claim the R&D tax credit and the IRS has now dragged them into three different Lawsuits on the exact same issue on this R&D tax credit the first two suits before the tax court They conceded most of the issues. They conceded the credits that qualified research occurred Substantiation and to calculate the credit you must have this fixed base percentage and the IRS argued Negotiated and resolved the fixed base percentage in their favor Raising the fixed base percentage from 0.72 to 0.92 percent which means the taxpayer got less credit which caused the deficiency which the US Tax Court had to enter and to address counsel's Argument that oh, it's just a regular civil case. That's not true in a regular civil case the parties say hey we settled in So it's fine. I'm just dismissing the suit. Here tax court rule 155 requires the US Tax Court to enter a notice of deficiency Which caused my client to have to pay more tax and pay more money So there was reliance from the US Tax Court on what was submitted to him and that 0.92 percent was was part of the calculation You can't do the calculation without that fixed base percentage Let me ask you this on this 0.92 percentage Was there ever a stipulation found in the case or a settlement agreement Between the parties that stated that both parties agreed that this 0.92 percent was correct There was a back-and-forth between the parties where they agreed upon the calculation and there was what's a form 16765 is the form that gets submitted on a tax return to claim this credit and it has right there on the face of it 0.92 percent. This was my question That's not quite my question. My question is did the parties agree and reduced? to written agreement by way of Settlement agreement or Stipulation that both parties agreed that the 0.92 percent Was correct and binding on the parties. Is there anything like that in writing? So the way it happened was there's back-and-forth between the parties the parties exchange is 6765 which calculated the credit and then the stipulation to the court said we've worked it out Here's the credit amount based upon that. Yeah, you said you worked it out But there's nothing saying that you agreed as to the correctness of the 0.92 percent and that that would be That would be binding on the parties. There's nothing there. There's nothing like that as I understand. Isn't that correct? That was part of our resolution your honor that the so first of all, well, I mean I don't know what you mean when you say it's part of your resolution you I know you know, the pot is disgusted But but I was asking if if there was a written Agreement signed off by both parties as to the accuracy and the binding nature of the 0.92 percent and that I Thought that was a yes-or-no question, but you I can't get a yes or no out of you Well, your honor, we didn't sign off on that actual 6765 but the parties exchanged the calculation agreed. The calculation was right You discussed the calculation, but you didn't sign off on it Yes, I get it. It was back and forth. I mean you it was an item of discussion in terms of the settlement Discussions and that's all that happened If we if we look at if we look at the law when it comes to judicial Judicial Somehow somehow you can't Somehow you just refuse to answer the question. I Mean you could you could add some comments, but it'd be nice if you could answer a straightforward question Well, the the back and forth your honor was by email. So there was no written So I didn't ask you about the back and forth. I Well, I won't That's all right. I won't ask it again. I've asked you at least half a dozen time at times and you just won't answer No, you're not you're not trying that you're trying not to answer Yeah counsel, let me judge Clay if I may ask this this question counsel, I want you to comment on an argument that I believe your Adversary of his soul and as before she said that this point nine two percent was I believe a Compromise with respect to a specific and Discrete tax year, but it did not bind All of the negotiations that were all of the years that were a part of those negotiations Have I stated that correctly and if I have do you agree or disagree with her argument there? I Disagree with her argument only because the fixed base percentage for the R&D tax credit does not change year-to-year If we're looking at the 2006 year, the base is derived from 1984 to 1988 If we're looking at the o7 year, it's still 1984 1988. It's the same research expenditures and gross receipts. It's the same calculation Okay. So next what is the item? That was submitted to the district court by the parties that expressed that Compromise and settlement agreement There is a stipulation of facts that was submitted to the court that had the credit amount That stipulation did not say point nine two percent on it Point nine two percent was used again in the back and forth between the parties to get to that number So so if one applied a mathematical formula to that compromise amount it would yield the Point nine two percent as the number that allowed you to get there Okay. All right. Thank you When it comes to judicial estoppel, the courts have not looked underneath to say well How have you represented or put things before the court? the courts have said look when there are parties that are relying upon positions and pushing positions that they get the courts to accept and they get benefit from which is what happened here the IRS argued a higher fixed base percentage and Got the court by agreeing that this is the credit calculation to Agree to it rely upon it to issue a deficiency against my client And so, you know, what would it be? How would I be happier would it be cleaner if it said point nine two percent on that stipulation? Yes, but again, if you look at white and Haveri in a lot of these cases It's not about the form of what evidence is put in front of the court In fact, a lot of those are about the omission of evidence put in front of the court It's about the fact that that a party is acted and caused the court to rely upon it and we think that's what's going on here You you judge Donald you asked a great question to the IRS, which is what is the alternative fixed base percentage? That's in the record. You're right. There is none and this issue was not brought up the only thing that the court said in its motion in limine is that the IRS couldn't argue an alternative base percentage amount and That doesn't exist if you look at their pretrial order their pretrial order was filed a week before the court ordered on this Didn't order on this motion in limine There's no witness identified to talk about this issue No exhibit in there if you look at the arguments in the pretrial order, there is no alternative base calculation There's nothing in their disclosure statements. There's nothing in their discovery this there's there is no alternative fixed base percentage Sitting here today. I could tell you if you look through the entire record You will not find a 1.2 percent or a 2.5 percent or 16 percent. It doesn't exist It was made up for the course of this appeal. It wasn't it wasn't an issue that they defined to put forward what they did Counselor I'm having trouble following your argument. I thought the judge ordered that that No evidence could be submitted on that issue and that's why the government Didn't submit an evidence and now you're saying that no evidence was submitted but the judge Had ruled that that No evidence would be received on that that issue And and and and now you're trying to make it a point of contention that the government did something wrong. I'm Your argument there there never was evidence on that issue your honor again, if you look at their pretrial Well, wait a minute if there was no evidence To be had why did you file a motion and lemony? Trying to eliminate the availability of introducing any such evidence Well, we again thought the entire issue should be put to bed including their substantiation argument and everything else We had filed that motion in limine and then the and then the IRS filed their pretrial order in their pretrial order again They have no witnesses on this issue. There's no legal argument on this issue. You won't see something saying no No, it should be 2% There's no exhibits on this issue Well, you asked for a motion and lemonade to avoid any evidence on the issue the Judge granted the motion and now you're up here on appeal claiming that there was no evidence available to be had It's just not a very Honest argument to be brutally frank Again, your honor. We also we didn't think they should be allowed to argue at all Even the substantiation part of it The judge did not put in his order that they couldn't argue was in our burden or we didn't have the proper Substantiation by the way, there was a lot of the other problem is the motion and lemony is a motion that deals with evidentiary issues and and and and you don't use motions eliminate to address equitable issues such as Equitable estoppel you I mean judicial estoppel. You're You're you're trying to You were you were keeping out you were seeking to keep out evidence. That's a matter of judicial estoppel and you're using the the device of a motion and lemonade which the district judge perhaps Wrongfully granted and And and and now you're arguing that there's a problem with the government's Approach because they didn't get the evidence in Well, your honor, I think there's there's two potential there's a couple issues and in what you just brought up which is One it goes back to the standard of review I Have seen in a havery and Kimberly and before the Sixth Circuit some question about what the standard of review on judicial estoppel should be and I think this case is Distinguishable from some of these other cases because all the cases cited by the government on this being a de novo review our Motions for summary judgment or motions to dismiss. This was a motion and lemony and evidentiary Ruling which we believe should be reviewed on an abuse of discretion standard If you look at it because it was a motion limiting is an evident reissue 103 they should have put forth their evidence and made an offer of proof as to what that evidence was Because right now as judge Donald pointed out, there's nothing about an alternative base percentage in the record In on the second point if you agree with the government and this should be a vote for you over a question of law Well, then there was still a question of fact in there What was the the alleged fixed base percentage which should have been submitted to the jury? And again, the jury questions if I could answer a question before the time expires. Sure Assuming that we disagree with you on the on the issue of whether the district court properly Ruled with respect to judicial estoppel possible that we might disagree with you as you can tell from the questioning What should we order? If we come to that conclusion, what's the proper relief at that point? I I actually still think that you should resolve the case in our favor your honor and the reason okay So you you don't care which way we do it. We can order a complete new trial on all issues Well, no, your honor. This is a well, then please give us some guidance This is of the four or five years in question There's only one year here that this applies to I think it's the 2008 year and it's $14,000 issue What I would up so it would only impact that one that one year to begin So you're not gonna tell us how to Well, I think I think the question would become you know, something along the lines of what's the fixed base percentage for that one year? But again, only that issue would be submitted to the jury Yes, your honor because the other issues are all resolved in the taxpayer Ask your opposing counsel the same question. Thank you. Well the other the other issues that were resolved in the taxpayers favor weren't weren't appealed and The fact of the matter is that because that answers my question counsel, thank you Okay to close up in my last 30 seconds, your honor There wasn't any evidence identified on this issue by the government There wasn't a jury question submitted that was preserved where the error was preserved on this issue The jury charge that was submitted was largely the government's we just got to add a couple of instructions They got their argument on substantiation. They argued substantiation both their opening and closing They were not they did not properly reserve anything. So if there is any alleged error here, we strongly believe that is it is harmless Are you out of time counsel, thank you very much any rebuttal Your mute button is on I can't hear you Your mute button. I can't hear you. Thank you You have muted me. I've got myself. I'm muted now. Thank you, your honor Um, first of all, I'd like to be clear that the stipulations in the tax court which can be found in the record at record entries 58.58-2 and 58-3 Do not contain any stipulation regarding the fixed base percentage So to the extent that the appellee is suggested that there was any stipulation Before the court on that issue there was not in the tax court proceedings With regard to whether you could judge Donald's question about whether you could back into Arriving from the stipulations that were made the fixed base percentage. I the the problem is as Section 41 of the code lays out There are a lot of pieces to the credit and only part of it is the fixed base percentage There are things like supply costs manufacturing costs what the aggregate Expenses manufacturing expenses were of the of the Taxpayer so coming arriving at the fixed base percentage is not something that you can Back into without knowing what all the compromises were and and that's simply not in the record Okay, so but this mr. So you the government they're supposed the same Responsibility as the taxpayer for the absence of a number in whatever you all submitted. Do you not? Well, no, I don't think we do your honor because the taxpayer by bears the burden of proof and we were precluded by this this order Which can be the the order is actually a docket entry 114 in this case ruling on the motion of limine and this motion of limine was very broad it asked the court to or the motion that was granted asked the court to order the Intended to be precluded from making any reference in front of the jury to the 80s base calculation or to just that it be any alternative amount And so we were basically we were precluded by that order from raising the issue and so but but there but there's nothing in the record that shows that the government submitted any number for the gap for the court to react to to rule on Well, I mean that would be as I as I indicated in my example with just substantiating business expenses earlier That would be like asking the government to pull a number out of the hat without no But but I'm going back. I'm going back to my first question, which was about the alternative fixed base percentage And and my point is there's not one of those from the government in the record. Is there well that is part That is because that is first of all We were precluded from arguing about whether the number that the the taxpayer presented was correct And it was the tax the taxpayer that keeps records about what it's it's research expenses are and it could come forward with that number And to ask the government that doesn't have the burden of proof and that is precluded from arguing about taxpayers Number to come up with another number Doesn't seem to make sense because it would just be it would be taking a stab in the dark in many ways Well, but it wasn't but it wasn't and I know judge Rogers has a question but once the Once the taxpayer has submitted that percentage number You are quarreling about that, but you haven't come up with an alternative number Submitted that your honor. I think under federal rule of evidence You know, I think first of all, this really is a legal issue not an evidentiary issue But to the extent it's viewed as an evidentiary issue Where An offer of proof would have been required if it were an evidentiary dispute This cut falls into the situation where this motion in lemonade Basically put it into all discussion and there was no that it was the sort of case described as in federal evidence 103 B and in cases like the Bronner case, which we cite in our brief as a situation where no matter what the Circumstances or changes and what evidence was introduced at trial was not going to change the court's position on it And I don't think there was any obligation to come forth with a number of the part of the government We argued that we shouldn't be bound by that number and that the taxpayer should carry the burden of proof on it Isn't the problem here that the judge permitted? The taxpayer to proceed by way of a motion and lemony, which is a evidentiary Device instead of rejecting the Motion and lemony and requiring the taxpayer to proceed by way of summary judgment because had there been a motion for summary judgment, we would have a record of the evidence in support of the point nine to Percentage rate and and and we don't have anything based on the way the district judge handled the matter I would agree that that would have been a much better approach your honor And it is complicated by the fact that the district court has mixed in an issue That shouldn't be an evidentiary issue into the evidentiary context All right, I Didn't mean to interrupt. Oh I'm gonna ask the same question. I asked before you're opposing counselee Yeah, I assume but you can correct me that you're not arguing any redo of any issue other than the 0.92 That is lost on me and you've lost on the issues and you're not asking for a new jury instruction on those issues that you've lost Is that correct? Actually, we haven't lost on all their issues your honor And that was part of our important point with respect to the section 7430 issue is that we actually prevailed even with the fixed-base Percentage the taxpayer argue should apply with respect to 2000 the years into March 31st 2006 and 2007 and the fixed-base percentage is not a factor in 2009 because they were permitted to use this. Oh, you're gonna litigate 2010 but you're not gonna litigate any issues with respect to 2010 other than the 0.92 With regard to 2010 2000 the tax year that ended March 31st 2010 should never have been in the case at all Case are we worried about here? We're worried about March the year and at March 31st 2008 2008 As to that year, the only thing you want now is a redo on The element of that calculation, which is 0.92. You're not going to re-litigate the other elements of the calculation. That's right I mean, I think I think We're talking about judicial estoppel here I mean the issues regarding things like the current research the current I mean to the extent that there are facts that go into that 0.92 number all those facts would need to be you know would be I think open to In the current years would not be they were out of time and So everyone both sides and thanks for their arguments and thank you very much Thank both of you and the cases submitted Clerk may call the next case